# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA PEREZ,<br><br>                            Plaintiff,<br><br>v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., et al.,<br><br>                          Defendants. | Case No.: 19-CV-1626 W (KSC)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL [DOC. 14]** |

    Attorneys Stephen Mitchell and Heng G. Shi have filed a motion to withdraw as attorneys of record for Plaintiff Erika Perez. [Doc. 14.] Defendants do not oppose. [Doc. 15.]

    "The grant or denial of an attorney's motion to withdraw in a civil case is a matter addressed to the discretion of the trial court . . . ." Washington v. Sherwin Real Estate, Inc., 694 F.2d 1081, 1087 (7th Cir. 1982). Factors considered in evaluating the application include: "1) the reasons why withdrawal is sought; 2) the prejudice withdrawal may cause to other litigants; 3) the harm withdrawal might cause to the administration of justice; and 4) the degree to which withdrawal will delay the resolution of the case." CE Resource, Inc. v Magellan Group, LLC, 2009 WL 3367489, at *2 (E.D.

Cal. Oct. 14, 2009) (citing Canandaigua Wine Co., Inc. v. Moldauer, 2009 WL 89141, at *1 (E.D. Cal. Jan. 14, 2009)).

Plaintiff has consented to the withdrawal and been informed that Plaintiff will be acting pro se moving forward unless new counsel is obtained. (*Mot. to Withdraw* [Doc. 14] 2:5–8.) As noted, other litigants in this case have not opposed the application to withdraw. Good cause appearing, the Court **GRANTS** the withdrawal and **ORDERS** that the docket reflect Attorney Shi's and Attorney Mitchell's withdrawal from the case.

**IT IS SO ORDERED.**

Dated: January 6, 2020

Hon. Thomas J. Whelan
United States District Judge