# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA PEREZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WORLDWIDE FLIGHT SERVICES, INC. et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-01626 W (KSC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS [DOC. 20]** |

Pending before the Court is Defendant Worldwide Flight Services' motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b). [Doc. 20.] The Court decides the matters on the papers submitted and without oral argument. See Civ. L.R. 7.1(d)(1). For the reasons below, the Court **GRANTS** the motion to dismiss.

Rule 41(b) provides:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) … operates as an adjudication on the merits.

A Rule 41(b) dismissal "must be supported by a showing of unreasonable delay." Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986). A district court must further weigh: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public

1

policy favoring disposition of cases on their merits[,] and (5) the availability of less drastic sanctions." Omstead v. Dell, Inc., 594 F.3d 1081, 1084 (9th Cir. 2010) (quoting Henderson, 779 F.2d at 1423); In re Phenylpropanolamine (PPA) Prods. Liab. Litig., 460 F.3d 1217, 1226 (9th Cir. 2006). Dismissal is appropriate where at least four factors support dismissal, or where three factors strongly support dismissal. See Frederik v. Bonzelet, 963 F. 2d 1258, 1263 (9th Cir. 1992).

As a preliminary matter, Plaintiff has consented to the dismissal of this case by failing to oppose Defendant's motion to dismiss. See Judge Whelan Chambers Rule 3(d); Civ. L.R. 7.1(f)(3)(c). In addition, the Rule 41(b) factors counsel in favor of dismissal.

On January 7, 2020, this Court granted Heng G. Shi's motion to withdraw as counsel for Plaintiff. [Doc. 18.] Following Mr. Shi's withdrawal, Plaintiff has been unresponsive except to state that she had never heard of the case or Mr. Shi. (*Chaib Decl.* [Doc. 20-1] ¶ 9.)

Plaintiff has caused unreasonable delay, and the public's interest in expeditious resolution of litigation favors dismissal. See Henderson, 779 F.2d at 1423; Omstead, 594 F.3d at 1084. There is no indication Plaintiff intends to participate further in this lawsuit, effectively barring Defendant from conducting discovery, preparing a Rule 26(f) statement, or taking any meaningful action in this case. Dismissal without prejudice serves everyone's interest here.

This action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: April 13, 2020

Hon. Thomas J. Whelan
United States District Judge